# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

WILLIE POGUE

VERSUS

LOUISIANA DEPARTMENT OF
PUBLIC SAFETY AND
CORRECTIONS

NO.  2026 CW 0157

**MAY 18, 2026**

---

In Re:     Willie Pogue, applying for supervisory writs, 19th
           Judicial District Court, Parish of East Baton Rouge, No.
           718419.

---

**BEFORE:    McCLENDON, C.J., GREENE AND STROMBERG, JJ.**

   **WRIT GRANTED WITH ORDER.**  The district court is ordered to
mail a copy of the pauper order (if any) to relator, Willie Pogue,
on or before June 17, 2026.

PMc
HG
TPS

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
     FOR THE COURT